UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Heather Clarkson, et al. v. Barer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10953-DRH |
| *Shawna Foster v. Barer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10106-DRH |
| *Karen Kornegay v. Barer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11553-DRH |
| *Hannah Letourneau v. Barer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13162-DRH |
| *Jalisa Peoples v. Barer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12513-DRH |
| *Carrie Stella v. Barer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13109-DRH |
| *Alicia Toche v. Barer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11106-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 19, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: /s/*Sara Jennings*
Deputy Clerk

**Dated:** March 20, 2014

Digitally signed by David R. Herndon
Date: 2014.03.20 05:23:31 -05'00'

**APPROVED:**
CHIEF JUDGE
U. S. DISTRICT COURT